# United States District Court

| EASTERN | DISTRICT OF | TENNESSEE |

HAROLD QUARRELS

V.

COMMISSIONER OF SSA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:05-CV-361

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, upon joint motion of the parties' to remand this action, this Court hereby enters judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner.

October 19, 2005
Date

Patricia L. McNutt, Clerk

By  s/A. Archer,  Deputy Clerk